1 | MICHAEL J. PIETRYKOWSKI  (SBN 118677)
mpietrykowski@gordonrees.com
2 | ROBERT A. RICH  (SBN 141883)
rrich@gordonrees.com
3 | CHRISTOPHER D. STRUNK  (SBN 214110)
cstrunk@gordonrees.com
4 | SAMUEL D. JUBELIRER (SBN 287649)
sjubelirer@gordonrees.com
5 | GORDON & REES LLP
1111 Broadway, Suite 1700
6 | Oakland, CA 94607
Telephone:  (510) 463-8600
7 | Facsimile:  (510) 984-1721

8 | Attorneys for Defendant
UNION CARBIDE CORPORATION

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12

13 | JOHN J. FINAZZO AND LORNA M. WALEK                    )   CASE NO.  15-cv-00434-VC
                                                        )
14 |                              Plaintiffs,            )   [~~PROPOSED~~] ORDER OF
                                                        )   DISMISSAL OF DEFENDANT
15 |        vs.                                          )   UNION CARBIDE
                                                        )   CORPORATION
16 | THE BOEING COMPANY, et al.,                         )
                                                        )
17 |                              Defendants.            )
                                                        )

18 |        The Court, having read and considered the stipulation of dismissal between Plaintiffs

19 | JOHN J. FINAZZO and LORNA M. WALEK and Defendant UNION CARBIDE

20 | CORPORATION, hereby approves the stipulation and orders that pursuant to Federal Rule of

21 | Civil Procedure 41(a)(1)(A)(ii), defendant UNION CARBIDE CORPORATION is dismissed

22 | from this action, without prejudice, and with all parties to bear their own costs.

23

24 |        **IT IS SO ORDERED.**

25

26 |        Dated: February 18, 2015

27 |                                                      Hon. Vince Chhabria
                                                        United States District Judge

28

1102622/22324259v.1

-1-

Gordon & Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607